United States District Court for the
Southern District of New York

---

Steve McDonald,                                    Plaintiff,

                                                                    **AFFIDAVIT OF SERVICE**
    -against-                                                      Case # 1:25-cv-08569

Nexis Cognitive Technologies, LLC and
Insight Partners, LLC,                        Defendants.

---

STATE OF NEW YORK
COUNTY OF ALBANY

Denise Dooley, being duly sworn, deposes and says that she is over the age of eighteen
(18) years and is not a party to this action.

That on the 29th day of October, 2025,  approximately 12:00 pm, at the Office of the
Secretary of State of the State of New York in the City of Albany, New York, she served
the Summons in a Civil Action and Complaint, upon **INSIGHT PARTNERS, LLC,**
defendant in this action, by delivering to and leaving with Queennizigia Muhammad, an agent
in the Office of  the Secretary of State of the State of New York personally at the Office
of the Secretary of State of the State of New York two (2) true copies thereof and that at
the time of making such service, deponent paid said Secretary of State a fee of $40.00.
That said service was made pursuant to Section 303 of the Limited Liability Company
Law.

Deponent further says that she knew the person so served as aforesaid to be an agent in
the Office of the Secretary of State of New York, duly authorized to accept such service
on behalf of said defendant.

Queennizigia Muhammad – is a black female, approximately 45 years old, stands approximately 5'5" tall,
approximately 180 lbs. with black hair

_____
Denise Dooley

Sworn to before me this
29th day of October, 2025

_____
James T. Corsi
Notary Public, State of New York
Qualified in Albany County
No. 01CO5033349
Commission Expires September 18, 2026