UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
STEVE McDONALD, :
:
:
Plaintiff, :
: 25-CV-8569 (JMF)
-v- :
: ORDER
:
NEXUS COGNITIVE TECHNOLOGIES LLC et al, :
:
Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     On **October 29, 2025**, Defendant Insight Partners LLC ("Insight Partners") was served with the Complaint, and proof of service was filed with the Court. *See* ECF No. 8. To date, Defendant has failed to appear in this action. No later than **December 2, 2025**, Plaintiff shall submit a letter addressing whether Plaintiff has had any contact with Defendant or if he has any other reason to believe that Insight Partners has actual notice of this lawsuit.

     Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on Defendants **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

     SO ORDERED.

Dated: November 24, 2025
       New York, New York

                                                                       JESSE M. FURMAN
                                                      United States District Judge