UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
                                  :

STEVE McDONALD,                 :

                Plaintiff,    :

                                   :        25-CV-8569 (JMF)

      -v-                    :

                                   :           ORDER

NEXUS COGNITIVE TECHNOLOGIES LLC et al,  :

                                   :

                Defendants.  :

-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's November 24, 2025 Order, ECF No. 9, Plaintiff was required to file a letter, the contents of which are described therein, no later than December 2, 2025. To date, Plaintiff has not filed that letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **December 12, 2025**. Failure to file the letter by that deadline may result in sanctions.

      SO ORDERED.

Dated: December 5, 2025
      New York, New York

                                       _____
                                       JESSE M. FURMAN
                                       United States District Judge