# GORDONLAW LLP

Michael R. Gordon
mgordon@gordonlawllp.com

December 11, 2025

**BY ECF**

Honorable Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *McDonald v. Nexus Cognitive Technologies, LLC, et al.*
     Case No. : 25-cv-08569

Dear Judge Furman:

We are attorneys for Plaintiff Steve McDonald in the referenced action.

At the outset, I apologize to the Court for not timely complying with the Court's November 24, 2025 Order directing Plaintiff to file a letter no later than December 2, 2025 "addressing whether Plaintiff has had any contact with Defendant or if he has any other reason to believe that Insight Partners has actual notice of this lawsuit." The fault is entirely mine, as I began a trial before Magistrate Judge Krause on December 2, 2025 and regrettably lost track of the Court's November 24, 2025 directive. I appreciate the Court's courtesy and indulgence in extending the deadline for this letter to December 12, 2025.

We have discovered that the Defendant entity named as "Insight Partners, LLC" was incorrectly named. The correct name of the Defendant entity is Insight Partners Public Equities, L.P. I learned of this inadvertent error when a representative of Insight Partners, LLC contacted me to advise that, as has happened in the past, it was confused was Insight Partners Public Equities, L.P. I advised the representative of Insight Partners, LLC that we would be amending the Complaint to correct this mistake and name the correct party.

In that regard, yesterday, December 10, 2025, we filed an Amended Complaint (ECF Doc. No. 11) naming Insight Partners Public Equities, L.P. as a Defendant. We have also delivered the Amended Complaint to our process server, who will be effectuating service on that entity. We will file the affidavit of service when service is complete. As of the date hereof we have had no contact with Insight Partners Public Equities, L.P.

Hon. Jesse M. Furman
December 11, 2025
Page | 2

With respect to Defendant Nexus Cognitive Technologies, LLC ("Nexus"), we are in the process of attempting to serve the Complaint and Amended Complaint or that entity. Enclosed is an affidavit of non-service, describing our process server's unsuccessful attempt to serve Nexus. We are continuing to determine a proper location for Nexus so that service of the pleadings can be effectuated on that Defendant.

Pursuant to your Honor's November 24, 2025 and December 5, 2025 Orders, we will serve a copy of both Orders by first class mail on both Defendants at their respective, last known mailing addresses and any other addresses we discover. We will also include in that mailing a copy of this letter.

Respectfully yours,

Michael R. Gordon

Encl

GORDONLAW LLP
www.gordonlawllp.com
51 Bedford Road, Suite 10, Katonah, NY 10536
D 914.232.9500
M 914.671.6873
F 914.992.6634

# AFFIDAVIT OF NON-SERVICE

| Case:<br>1:25-cv-08569 | Court:<br>In the United States District Court for the Southern District of New York | County:<br>, NY | Job:<br>14461671 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Steve Mcdonald | | Defendant / Respondent:<br>Nexus Cognitive Technologies, LLC and Insight Partners, LLC | |
| Received by:<br>Ernest Dahl | | For:<br>Harris Investigations, LLC | |
| To be served upon:<br>Nexus Congnitive Technologies LLC c/o Steven S. Roberts | | | |

I, ERNEST DAHL, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Nexus Congnitive Technologies LLC c/o Steven S. Roberts, 15305 Dallas Parkway 12th floor, Addison, TX 75001
**Manner of Service:** Bad Address
**Documents:** Summons (Received Oct 27, 2025 at 4:45pm CDT), Complaint (Received Oct 27, 2025 at 4:45pm CDT)

**Additional Comments:**
1) Unsuccessful Attempt: Oct 31, 2025, 4:40 pm CDT at 15305 Dallas Parkway 12th floor, Addison, TX 75001
THIS IS AN OFFICE PARK ON THE WHOLE FLOOR. RECEPTIONIST IS NOT HERE. BUT SHE WORKS FOR THE OFFICE PARK NOT THE NEXUS COMPANY. PEOPLE THAT ARE THERE ARE FROM OTHER BUSINESSES NOT NEXUS. NEXUS IS UNKNOWN TO THEM. SEVERAL BUSINESSEES WORK FROM OUT OF THIS OFFICE PARK.

2) Unsuccessful Attempt: Nov 26, 2025, 2:25 pm CST at 15305 Dallas Parkway 12th floor, Addison, TX 75001
This is called "Spaces", an office rental company. Steven S. Roberts and Nexus use it to receive mail and have no physical office there.

3.) Fri, Nov 28, 2025, 9:12 am EST- NEXUS C/O STEVEN ROBERTS 15305 DALLAS PKWY 12TH FLOOR COMPANY FOR 12TH FLOOR IS CALLED "SPACES" THEY RENT OFFICE SPACES AND VIRTUAL OFFICE SPACES. NEITHER NEXUS NOR STEVEN ROBERTS HAVE A PHYSICAL OFFICE THERE. THEY USE THIS AS A MAILING ADDRESS. SHE WOULD NOT GIVE OUT HIS ADDRESS OR CONTACT PHONE NUMBER.

_____      11/28/2025
ERNEST DAHL                    Date
PSC 16818

Ernest Dahl
550 N Central Expy 303
McKinney, TX 75070
2147241877