# GORDONLAW LLP

Michael R. Gordon
mgordon@gordonlawllp.com

December 12, 2025

**BY ECF**

Honorable Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *McDonald v. Nexus Cognitive Technologies, LLC, et al.*
           Case No. : 25-cv-08569

Dear Judge Furman:

We are attorneys for Plaintiff Steve McDonald in the referenced action.

Following up on the email I sent to the Court yesterday, our process server was able to serve Defendant Nexus Cognitive Technologies ("Nexus") on December 3, 2025, at 5:14 p.m CST. We will be e-filing on ECF the Process Server's Return of Service confirming service on Nexus' Registered Agent. A copy of the Return of Service is attached.

                              Respectfully yours,

                              Michael R. Gordon

Encl

GORDONLAW LLP
www.gordonlawllp.com

51 Bedford Road, Suite 10, Katonah, NY 10536

D 914.232.9500
M 914.671.6873
F 914.992.6634

## **RETURN OF SERVICE**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT District of New York

Index Number: 1:25-CV-08569

Date Filed: _____

Plaintiff:
**STEVE MCDONALD**

vs.

Defendant:
**NEXUS COGNITIVE TECHNOLOGIES, LLC**

**AND**

**INSIGHT PARTNERS, LLC**

BBW2025015284-2

Received by ROLANDO GUTIERREZ on the 3rd day of December, 2025 at 12:34 pm to be served on **NEXUS COGNITIVE TECHNOLOGIES, LLC C/O STEVEN S. ROBERTS, REGISTERED AGENT, 15305 DALLAS PARKWAY 12TH FLOOR, ADDISON, TX 75001**.

I, ROLANDO GUTIERREZ, do hereby affirm that on the **3rd day of December, 2025** at **5:14 pm, I:**

Served an authorized agent by delivering a true copy of the **SUMMONS / COMPLAINT / PROOF OF SERVICE** with the date and hour of service endorsed thereon by me, to: **Brandalynn Pope** as **Manager** at the address of: **15305 DALLAS PARKWAY 12TH FLOOR, ADDISON, TX 75001** on behalf of **NEXUS COGNITIVE TECHNOLOGIES, LLC**, and informed said person of the contents therein, in compliance with state statutes.

## RETURN OF SERVICE For 1:25-CV-08569

I certify that I am over the age of 18, of sound mind, have no interest in the above action, and I am not a party to the suit. I am an authorized process server, in good standing, in the jurisdiction in which this service was made. The facts stated in this affidavit are within my personal knowledge and are true and correct.

"My name is ROLANDO GUTIERREZ, I am at least 18 years old and my address is , and the United States of America. I declare under penalty of perjury that the foregoing is true and correct. Executed in All Areas on December 5th, 2025 by ROLANDO GUTIERREZ declarant."

**ROLANDO GUTIERREZ**
PSC 27301   EXP 09/30/27

**Pronto Process**
office@prontoprocess.com
**1406 W Salinas**
**San Antonio, TX 78207**
**(210) 226-7192**

Our Job Serial Number: BBW-2025015284

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e