# **RETURN OF SERVICE**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT District of New York

Index Number: 1:25-CV-08569

Date Filed: _____

Plaintiff:
**STEVE MCDONALD**

vs.

Defendant:
**NEXUS COGNITIVE TECHNOLOGIES, LLC**

**AND**

**INSIGHT PARTNERS, LLC**

BBW2025015284-2

Received by ROLANDO GUTIERREZ on the 3rd day of December, 2025 at 12:34 pm to be served on **NEXUS COGNITIVE TECHNOLOGIES, LLC C/O STEVEN S. ROBERTS, REGISTERED AGENT, 15305 DALLAS PARKWAY 12TH FLOOR, ADDISON, TX 75001**.

I, ROLANDO GUTIERREZ, do hereby affirm that on the **3rd day of December, 2025** at **5:14 pm, I:**

Served an authorized agent by delivering a true copy of the **SUMMONS / COMPLAINT / PROOF OF SERVICE** with the date and hour of service endorsed thereon by me, to: **Brandalynn Pope** as **Manager** at the address of: **15305 DALLAS PARKWAY 12TH FLOOR, ADDISON, TX 75001** on behalf of **NEXUS COGNITIVE TECHNOLOGIES, LLC**, and informed said person of the contents therein, in compliance with state statutes.

## RETURN OF SERVICE For 1:25-CV-08569

I certify that I am over the age of 18, of sound mind, have no interest in the above action, and I am not a party to the suit. I am an authorized process server, in good standing, in the jurisdiction in which this service was made. The facts stated in this affidavit are within my personal knowledge and are true and correct.

"My name is ROLANDO GUTIERREZ, I am at least 18 years old and my address is , and the United States of America. I declare under penalty of perjury that the foregoing is true and correct. Executed in All Areas on December 5th, 2025 by ROLANDO GUTIERREZ declarant."

**ROLANDO GUTIERREZ**
PSC 27301  EXP 09/30/27

**Pronto Process**
office@prontoprocess.com
1406 W Salinas
San Antonio, TX 78207
(210) 226-7192

Our Job Serial Number: BBW-2025015284