# GORDONLAW LLP

Michael R. Gordon
mgordon@gordonlawllp.com

December 18, 2025

**BY ECF**

Honorable Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *McDonald v. Nexus Cognitive Technologies, LLC, et al.*
Case No. : 25-cv-08569

Dear Judge Furman:

We are attorneys for Plaintiff Steve McDonald in the referenced action. Pursuant to your Honor's November 24, 2025 Order, I can now report that counsel for both Defendants – the lawyers copied below from the Jackson Lewis and Willkie firms – have contacted us. We have scheduled a preliminary conference for tomorrow morning, December 19, at 9:30 a.m., at which time we will begin discussing the schedule for this case and whether there will be a need to request an adjournment of the initial pretrial conference, now scheduled for January 22, 2026.

Respectfully yours,

Michael R. Gordon

cc: Samuel A. Dion, Esq.
Tiba Fatli, Esq.
Sara McDonough, Esq.
Jill Chow, Esq.
Matthew H. Woodard, Esq.
Jill K. Grant, Esq.
Andrew Spital, Esq.
Sarah McLaughlin, Esq.
Nadia K. Raynes, Esq.

GORDONLAW LLP
www.gordonlawllp.com
51 Bedford Road, Suite 10, Katonah, NY 10536
D 914.232.9500
M 914.671.6873
F 914.992.6634