# GORDONLAW LLP

Michael R. Gordon
mgordon@gordonlawllp.com

December 30, 2025

**BY ECF**

Honorable Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *McDonald v. Nexus Cognitive Technologies, LLC, et ano.,*
      Case No. : 25-cv-08569

Dear Judge Furman:

We are attorneys for Plaintiff Steve McDonald in the referenced action.

This is a joint letter from counsel for the parties, submitted pursuant to Rule 2.D. of your Honor's Individual Rules and Practices in Civil Cases. The purpose of this letter is to request that your Honor set February 20, 2026 as Defendants' deadline to answer, move, or otherwise respond to the Amended Complaint by endorsing this letter. Defendant Nexus Cognitive Technologies, LLC has not yet been served with the Amended Complaint, but it has agreed to waive service in exchange for a deadline of February 20, 2026 to answer, move or otherwise respond. The current date for Defendant Insight Partners Public Equities, L.P. ("Insight") to answer, move or otherwise respond to the Amended Complaint is January 5, 2026. While Insight contends that neither Insight nor any of its affiliates are appropriate defendants (which Plaintiff disputes), Counsel for Insight has advised that we have misnamed the Insight-related entity, and we are working on a stipulation to amend the complaint to correct the name. No prior requests have been made for this extension, which is being requested in light of end-of-year vacation schedules, to permit the parties to meet and confer regarding the identity(ies) of Insight affiliates, and to permit Defendants time to consider whether to answer, move, or otherwise respond to the Amended Complaint and to prepare that response. All parties consent to this request. The next scheduled appearance in this case is January 22, 2026, the date for the initial pretrial conference. The parties respectfully request that the Court adjourn that conference to a date convenient to the Court after February 20, 2026, the requested date for Defendants to answer, move, or otherwise respond to the Amended Complaint.

Hon. Jesse M. Furman
December 30, 2025
Page | 2

Respectfully yours,

/s/

Michael R. Gordon

cc:  Samuel A. Dion, Esq.
Tiba Fatli, Esq.
Sara McDonough, Esq.
Jill Chow, Esq.
Matthew H. Woodard, Esq.
Jill K. Grant, Esq.
Andrew Spital, Esq.
Sarah McLaughlin, Esq.
Nadia K. Raynes, Esq.

Application GRANTED.  Defendants shall file any responsive papers **no later than February 20, 2026.**  The initial pretrial conference scheduled for January 22, 2026 is hereby ADJOURNED to **February 26, 2026 at 9:00 a.m.**  The Clerk of Court is directed to terminate ECF No. 17.

SO ORDERED.

January 5, 2026

GORDONLAW LLP
www.gordonlawllp.com
51 Bedford Road, Suite 10, Katonah, NY 10536
D 914.232.9500
M 914.671.6873
F 914.992.6634

Error! Unknown document property name.