**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x

STEVE MCDONALD,

                             Plaintiff,

          -v-

NEXUS COGNITIVE TECHNOLOGIES,
LLC, and INSIGHT PARTNERS PUBLIC
EQUITIES, L.P.,

                      Defendants.

--------------------------------------------------------------x

Case No.: 1:25-cv-08569-JMF

## NOTICE OF APPERANCE OF COUNSEL

TO:    The Clerk of the Court and all parties of record

        Please take notice that I am an attorney admitted to practice in this Court and a registered attorney in the CM/ECF system, and I hereby enter an appearance on behalf of Defendant, Nexus Cognitive Technologies, LLC.

        Respectfully submitted,

        JACKSON LEWIS P.C.
        44 South Broadway, 14th Floor
        White Plains, New York 10601
        Tel.:   (914) 872-6914

By:  /s/ *Matthew H. Woodard*
        Matthew H. Woodard, Esq.
        matthew.woodard@jacksonlewis.com

        Attorneys for Defendant,
        Nexus Cognitive Technologies, LLC

Dated: January 6, 2026
      White Plains, New York

4916-5664-1922, v. 2