**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

STEVE MCDONALD,

                       Plaintiff,

      -v-

NEXUS COGNITIVE TECHNOLOGIES, LLC, and INSIGHT PARTNERS PUBLIC EQUITIES, L.P.,

                      Defendants.

-------------------------------------------------------------x

Case No.: 1:25-cv-08569-JMF

## RULE 7.1 DISCLOSURE STATEMENT

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the Judges of this Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant, Nexus Cognitive Technologies, LLC ("Defendant"), state as follows: Defendant's parent company is NCT Holdings, LLC, and no publicly held corporation owns ten percent or more of Defendant's stock.

                      Respectfully submitted,

                      JACKSON LEWIS P.C.
                      44 South Broadway, 14th Floor
                      White Plains, New York 10601
                      Tel.:   (914) 872-6914

By:   /s/ *Matthew H. Woodard*
                      Matthew H. Woodard, Esq.
                      matthew.woodard@jacksonlewis.com
                      Jill Chow, Esq.
                      jill.chow@jacksonlewis.com

                      Attorneys for Defendant,
                      Nexus Cognitive Technologies, LLC

Dated: January 6, 2026
       White Plains, New York