UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

STEVE MCDONALD,

                         Plaintiff,

        -v-

NEXUS COGNITIVE TECHNOLOGIES, LLC, and INSIGHT PARTNERS PUBLIC EQUITIES, L.P.,

                       Defendants.

---------------------------------------------------------------x

Case No.: 1:25-cv-08569-JMF

## NOTICE OF APPERANCE OF COUNSEL

TO:    The Clerk of the Court and all parties of record

        Please take notice that I am an attorney admitted to practice in this Court and a registered attorney in the CM/ECF system, and I hereby enter an appearance on behalf of Defendant, Nexus Cognitive Technologies, LLC.

                                       Respectfully submitted,

                                       JACKSON LEWIS P.C.
                                       44 South Broadway, 14th Floor
                                       White Plains, New York 10601
                                       Tel.:   (914) 872-8015

                        By:   /s/ *Jill Chow*
                                       Jill Chow, Esq.
                                       jill.chow@jacksonlewis.com

                                       Attorneys for Defendant,
                                       Nexus Cognitive Technologies, LLC

Dated: January 6, 2026
        White Plains, New York