# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVE MCDONALD,  )<br>                           )<br>            Plaintiff,  )<br>                           )<br>     v.                    )<br>                           )<br>NEXUS COGNITIVE TECHNOLOGIES,  )<br>LLC, *et al*.              )<br>                           )<br>            Defendants. )<br>                           ) | Case No. 1:25-cv-08569-JMF |

## **MOTION TO ADMIT COUNSEL *PRO HAC VICE***

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Sara McDonough, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiff Steve McDonald in the above-captioned action.

I am a member in good standing of the Virginia State Bar and the District of Columbia Bar, as shown in the attached Certificates of Good Standing, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony; nor have I ever been censured, suspended, disbarred or denied admission or readmission by any court.

The following documents are attached to this motion: (1) Certificates of Good Standing, issued within the past thirty (30) days, the District of Columbia Bar and the Virginia State Bar; (2) the declaration required by Local Rule 1.3(c); and (3) a proposed order granting admission *pro hac vice*.

Dated: February 4, 2026                                         Respectfully Submitted,

2

      /s/ Sara McDonough

Sara McDonough
ALAN LESCHT AND ASSOCIATES, P.C.
1825 K Street, NW, Suite 750
Washington, DC 20006
Tel (202) 315-1759
Fax (202) 463-6067
sara.mcdonough@leschtlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of February, 2026, a copy of the foregoing was filed *via* the Case Management/Electronic Case Filing (CM/ECF) system, which will serve notice on all counsel of record.

    /s/ Sara McDonough
Sara McDonough