UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVE MCDONALD, ) | Case No. 1:25-cv-08569-JMF |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| NEXUS COGNITIVE TECHNOLOGIES, ) | |
| LLC, *et al.* ) | |
| ) | |
| Defendants. ) | |

**AFFIDAVIT OF SARA MCDONOUGH IN SUPPORT OF**
**MOTION TO ADMIT COUNSEL PRO HAC VICE**

I, Sara McDonough, hereby certify as follows:

1. I am an attorney at the law firm of Alan Lescht and Associates, P.C., which is located at 1825 K Street, NW, Suite 750 Washington, DC 20006.

2. I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As evidenced by the attached Certificates of Good Standing, I am a member in good standing of the Virginia State Bar (admitted December 4, 2013; VSB No. 86376) and the District of Columbia Bar (admitted November 6, 2015; DC No. 1022641). I am also admitted to practice in the following federal jurisdictions: the U.S. District Court for the District of Columbia (admitted November 7, 2016; No. 1022641), the U.S. District Court for the Eastern District of Virginia (admitted September 25, 2015; Bar No. 86376), and the U.S. District Court for the District of Maryland (admitted November 17, 2017; Bar No. 20202), the U.S. Court of Federal Claims (admitted February 9, 2017), the U.S. Court of Appeals for the Federal Circuit

(admitted September 13, 2019), and the U.S. Court of Appeals for the District of Columbia Circuit (admitted February 15, 2017, Bar No. 60212).

4. I have never been convicted of a felony.

5. I am not currently suspended or disbarred from any court.

6. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

7. There are no disciplinary proceedings presently against me.

8. I respectfully request that I be permitted to appear as counsel *pro hac vice* for Plaintiff Steve McDonald in the above-captioned matter.

Date: February 2, 2026

Respectfully Submitted,

/s/ Sara McDonough

Sara McDonough
ALAN LESCHT AND ASSOCIATES, P.C.
1825 K Street, N.W., Suite 750
Washington., D.C. 20006
T (202) 315-1759
F (202) 463-6067
sara.mcdonough@leschtlaw.com



Keziah Sterling
Notary Public, District of Columbia
My Commission Expires 6/14/2029

2