UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVE MCDONALD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NEXUS COGNITIVE TECHNOLOGIES, ) <br> LLC, *et al*. ) <br> Defendants. ) | Case No. 1:25-cv-08569-JMF |

## [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Sara McDonough, for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the District of Columbia Bar and the Virginia State Bar and that her contact information is as follows:

   Sara McDonough
   Alan Lescht and Associates, P.C.
   1825 K Street, NW, Suite 750
   Washington., DC 20006
   T (202) 315-1759 | F (202) 463-6067
   sara.mcdonough@leschtlaw.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff Steve McDonald in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                    _____
                                             United States District Judge