UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVE MCDONALD, ) | Case No. 1:25-cv-08569-JMF |
| Plaintiff, ) | |
| v. ) | |
| NEXUS COGNITIVE TECHNOLOGIES, LLC, *et al*. ) | |
| Defendants. ) | |

**UNOPPOSED MOTION TO ADMIT COUNSEL *PRO HAC VICE***

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Samuel A. Dion, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiff Steve McDonald in the above-captioned action.

I am a member in good standing of the Bars of the Commonwealth of Pennsylvania and the State of New Jersey, as shown in the attached Certificates of Good Standing, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Attached to this motion are: (1) a Certificate of Good Standing, issued within the past thirty (30) days by the Supreme Court of New Jersey and the Supreme Court of Pennsylvania; (2) the

1

declaration required by Local Rule 1.3(c); and (3) a proposed Order granting admission *pro hac vice*.

Dated: 2/5/2026                                  Respectfully Submitted,

/s/ Samuel A. Dion

_____
Samuel A. Dion, Esq.
Dion & Goldberger
1845 Walnut Street, Suite 1199
Philadelphia, PA 19103
(215) 280-0138 (Direct)
(800) 346-6726 (Main)
samueldion@aol.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February 2026, a copy of the foregoing was served via the Case Management/Electronic Case Filing (CM/ECF) system on all parties of record.

/s/ Samuel A. Dion
_____
Samuel A. Dion, Esq.
Dion & Goldberger
1845 Walnut Street, Suite 1199
Philadelphia, PA 19103
(215) 280-0138 (Direct)
(800) 346-6726 (Main)
samueldion@aol.com
*Counsel for Plaintiff*