UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| STEVE MCDONALD, | Case No. 1:25-cv-08569-JMF |
| Plaintiff, |  |
| v. |  |
| NEXUS COGNITIVE TECHNOLOGIES, LLC, *et al.* |  |
| Defendants. |  |

## AFFIDAVIT OF SAMUEL A. DION IN SUPPORT OF HIS MOTION TO ADMIT COUNSEL PRO HAC VICE

I, Samuel A. Dion , hereby certify as follows:

1. I am an attorney at the law firm of Dion & Goldberger, 1845 Walnut Street, Ste. 1199, Philadelphia, PA 19103.

2. I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As evidenced by the attached Certificates of Good Standing, I am a member in good standing of the Bars of the Commonwealth of Pennsylvania (admitted November 1989; Attorney I.D. No. 55761) and the State of New Jersey (admitted November 1989; Attorney I.D. No. 034371989). I am also admitted to practice in the following federal jurisdictions: (1) the U.S. District Court for the Eastern District of Pennsylvania (Admitted 1989); (2) the U.S. District Court for the Middle District of Pennsylvania (admitted 2011); (3) U.S. District Court for the Western District of Pennsylvania (Admitted 2017); (4) the U.S. District Court for the District of New Jersey (Admitted 1993); (5) The United States Court of Federal Claims (Admitted 2016); (6) the United States Court of Appeals for the Third Circuit (Admitted 1990); (7) and The Supreme Court of the United States of America (Admitted 2000).

4. I have never been convicted of a felony.

5. I am not currently suspended or disbarred from any court.

6. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

7. There are no disciplinary proceedings presently against me.

8. I respectfully request that I be permitted to appear as counsel *pro hac vice* for Plaintiff Steve McDonald in the above-captioned matter.

Date: 2/5/2026

Respectfully Submitted,

Samuel A. Dion, Esq.
Dion & Goldberger
1845 Walnut Street, Suite 1199
Philadelphia, PA 19103
(215) 280-0138 (Direct)
(800) 346-6726 (Main)
samueldion@aol.com

*Counsel for Plaintiff*

Sworn to and subscribed before me this 5 day of Feb 2026.

Commonwealth of Pennsylvania - Notary Seal
MICHAEL BERK, Notary Public
BUCKS County
My Commission Expires October 13, 2026
Commission Number 1258131