

# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Samuel Abraham Dion, Esq.*

### DATE OF ADMISSION

*November 9, 1989*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: January 21, 2026

*Nicole Traini*
Nicole Traini
Chief Clerk