UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| STEVE MCDONALD,<br><br>                        Plaintiff,<br><br>         v.<br><br>NEXUS COGNITIVE TECHNOLOGIES, LLC, *et al*.<br><br>                        Defendants. | Case No. 1:25-cv-08569-JMF |

## [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE

The motion of Samuel A. Dion, for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the Commonwealth of Pennsylvania and the State of New Jersey; and that his contact information is as follows:

> Samuel A. Dion, Esq.
> Dion & Goldberger
> 1845 Walnut Street, Suite 1199
> Philadelphia, PA 19103
> (215) 280-0138 (Direct)
> (800) 346-6726 (Main)
> samueldion@aol.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff Steve McDonald in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

1

2

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                          _____
                                                                        United States District Judge