AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| STEVE MCDONALD | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-08569-JMF |
| NEXUS COGNITIVE TECHNOLOGIES, LLC, et al. | ) |
| *Defendant* | ) |

### APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Steve McDonald                                             .

Date:   02/06/2026                                /s/ Samuel A. Dion
                                                                *Attorney's signature*

                                                Samuel A. Dion
                                                *Printed name and bar number*


                                                _____
                                                *Address*

                                                samueldion@aol.com
                                                *E-mail address*

                                                (215) 280-0138
                                                *Telephone number*

                                                (215) 546-6269
                                                *FAX number*