

**DION&**
**GOLDBERGER**
---------------------
Samuel A. Dion^*
Benson I. Goldberger^

^Member of PA Bar
*Member of NJ Bar

Main Office Address:

2001 Market Street, Suite 2500
Philadelphia, PA 19103
215-280-0138 (Cell)
Email: samueldion@aol.com

May 12, 2026

Hon. Jesse M. Furman
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Re:    *McDonald v. Nexus Cognitive Technologies LLC et al*
>        Docket No. 1:25-cv-08569-JMF

Dear Judge Furman:

I am *pro hac vice* co-counsel for the Plaintiff, Steve McDonald, in this matter.  I am writing on behalf of all parties in this matter to notify Your Honor that this matter has settled.

We will file a stipulation of dismissal with prejudice upon consummation of the settlement.  We estimate this settlement will be finalized within the next sixty (60) days.

We respectfully request that all deadlines in this matter–including the May 20th deadline for Defendants to answer, move or otherwise respond to the complaint and the May 21st deadline for a joint discovery submission, as well as the initial pretrial conference currently scheduled for May 28, 2026 at 9:00 A.M., be cancelled.

Respectfully submitted,

/s/ Samuel A. Dion
SAMUEL A. DION

cc:  Counsel for all Parties by ECF
**VIA ECF AND EMAIL (Furman_NYSDChambers@nysd.uscourts.gov)**